IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHELLE MELLEMA,

    Plaintiff,

  vs.                          No. 2:12-cv-2526 MCE GGH PS

COMMISSIONER OF SOCIAL SECURITY,

                              <u>ORDER AND</u>

    Defendant.              <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        By order filed December 17, 2012, plaintiff's complaint was dismissed and twenty-eight days leave to file an amended complaint was granted. In that order, the court informed plaintiff of the deficiencies in her complaint. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Plaintiff has apparently decided to rest on the dismissed complaint.

        Plaintiff did file a document entitled, "Objections to Magistrate Judge's Findings and Recommendations," in which she withdraws her consent to the magistrate judge. Therefore, plaintiff's consent, filed October 10, 2012, will be deemed withdrawn.[1] In regard to her

---

[1] Plaintiff may be under the misimpression that by withdrawing her consent pursuant to 28 U.S.C. § 636(c), the magistrate judge will have nothing further to do with the case. If so,

1

1 "objections," plaintiff is informed that they are premature; however, she may file objections to
2 the instant findings and recommendations within fourteen days of their issuance.
3       Accordingly, IT IS ORDERED that: plaintiff's motion to withdraw consent, filed
4 January 4, 2013, (dkt. no. 5), is granted and plaintiff's consent, filed October 10, 2012, (dkt. no.
5 3), is stricken.
6       For the reasons given in the December 17, 2012 order, IT IS HEREBY
7 RECOMMENDED that this action be dismissed with prejudice.  See Local Rule 110; Fed. R.
8 Civ. P. 41(b).
9       These findings and recommendations are submitted to the United States District
10 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
11 days after being served with these findings and recommendations, plaintiff may file written
12 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
13 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
14 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
15 F.2d 1153 (9th Cir. 1991).
16 DATED: January 28, 2013

                          /s/ Gregory G. Hollows
18                    UNITED STATES MAGISTRATE JUDGE

20 GGH:076/Mellema2526.fta.wpd

---

26 plaintiff is incorrect.  See E.D. Cal. Local Rule 302(c)(21).

2