1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHELLE MELLEMA,

11            Plaintiff,

12        vs.                          No. 2:12-cv-2526 MCE GGH PS

13   COMMISSIONER OF SOCIAL SECURITY,

14                                    <u>ORDER AND</u>

15        Defendant.                  <u>FINDINGS & RECOMMENDATIONS</u>

16   _____/

17            By order filed December 17, 2012, plaintiff's complaint was dismissed and

18   twenty-eight days leave to file an amended complaint was granted.  In that order, the court

19   informed plaintiff of the deficiencies in her complaint.  The twenty-eight day period has now

20   expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's

21   order.  Plaintiff has apparently decided to rest on the dismissed complaint.

22            Plaintiff did file a document entitled, "Objections to Magistrate Judge's Findings

23   and Recommendations," in which she withdraws her consent to the magistrate judge.  Therefore,

24   plaintiff's consent, filed October 10, 2012, will be deemed withdrawn.[1]  In regard to her

25   _____

26        [1]Plaintiff may be under the misimpression that by withdrawing her consent pursuant to 28
     U.S.C. § 636(c), the magistrate judge will have nothing further to do with the case.  If so,

1

1   "objections," plaintiff is informed that they are premature; however, she may file objections to

2   the instant findings and recommendations within fourteen days of their issuance.

3            Accordingly, IT IS ORDERED that: plaintiff's motion to withdraw consent, filed

4   January 4, 2013, (dkt. no. 5), is granted and plaintiff's consent, filed October 10, 2012, (dkt. no.

5   3), is stricken.

6            For the reasons given in the December 17, 2012 order, IT IS HEREBY

7   RECOMMENDED that this action be dismissed with prejudice.  See Local Rule 110; Fed. R.

8   Civ. P. 41(b).

9            These findings and recommendations are submitted to the United States District

10  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

11  days after being served with these findings and recommendations, plaintiff may file written

12  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

13  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

14  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

15  F.2d 1153 (9th Cir. 1991).

16  DATED: January 28, 2013

17

18                       /s/ Gregory G. Hollows
                  UNITED STATES MAGISTRATE JUDGE

19

20  GGH:076/Mellema2526.fta.wpd

21

22

23

24

25

26  plaintiff is incorrect.  See E.D. Cal. Local Rule 302(c)(21).